NEW YORK SECURITY & TRUST CO. et al. v. ILLINOIS TRANSFER R. CO.

(Circuit Court of Appeals, Seventh Circuit. November 22, 1900.)

No. 721.

APPEAL—APPEALABLE ORDERS.
　　An order made by a circuit court granting leave to sue its receiver in a state court is discretionary and administrative, and is not appealable.

Appeal from the Circuit Court of the United States for the Southern District of Illinois.

On Motion to Dismiss Appeal.

J. M. Hamill, for appellee.
Bluford Wilson, for appellants.

Before WOODS and GROSSCUP, Circuit Judges, and SEAMAN, District Judge.

PER CURIAM. This appeal is from an order granting leave to sue in a state court a receiver appointed by the United States circuit court. The order was made after the suit was brought, and entered nunc pro tunc as of a date prior to the bringing of the suit. Whether for that reason it was invalid, we do not consider. Such an

order is discretionary and administrative, and therefore, in the opinion of the court, is not appealable. The motion to dismiss the appeal is therefore sustained.